UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 43825
   GEORGIANN LOWRY SANTIE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-9634
```

------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/04/05 and confirmed on 11/18/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   43051.79 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 7434.58 | 348.56 | 7434.58 |
| BECKET & LEE LLP | UNSECURED | 8598.22 | .00 | 3518.10 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11635.68 | .00 | 4760.92 |
| FIA CARD SERVICES | UNSECURED | 10101.95 | .00 | 4133.37 |
| FIA CARD SERVICES | UNSECURED | 846.88 | .00 | 346.51 |
| CATHERINES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1876.72 | .00 | 767.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7043.87 | .00 | 2882.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5601.87 | .00 | 2292.09 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11638.51 | .00 | 4762.08 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8577.76 | .00 | 3509.72 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 348.81 | .00 | 142.72 |
| ROUNDUP FUNDING LLC | UNSECURED | 7755.07 | .00 | 3173.11 |

        Summary of disbursements:
------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7434.58 | .00 | 74025.34 | .00 | 81459.92 |
| PRINCIPAL PAID | 7434.58 | .00 | 30288.62 | .00 | 37723.20 |
| INTEREST PAID | 348.56 | .00 | .00 | .00 | 348.56 |
| TOTAL PAID | 7783.14 | .00 | 30288.62 | .00 | 38071.76 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $    1848.24 .

Refunds to the Debtor totaled $     931.79 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 01/13/09                               /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE